IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 17-5038-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. FATK008S |
| | Location Code: M6H |
| vs. | |
| | ORDER |
| NICOLETTE K. STANDLEY, | |
| Defendant. | |

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the $110.00 payment received on September 11, 2017 (Doc. 3) shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation Notice FATK008S issued to Nicolette K. Standley on July 13, 2017.

IT IS FURTHER ORDERED that no summons to appear (Doc. 3) or bench warrant (Doc. 4) shall be issued, and that any warrant that has been issued for Nicolette K. Standley regarding Violation Notice FATK008S shall be QUASHED.

DATED this 21st day of September, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1